UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RUBIO,<br>Plaintiff,<br>v.<br>UNITED PARCEL SERVICE INC.,<br>Defendant. | Case No. 26-cv-07158-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Saechao v. United Parcel Service, Inc.*, Case No. 25-cv-02431-RFL.

**IT IS SO ORDERED.**

Dated: July 24, 2026

WILLIAM H. ORRICK
United States District Judge